

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2014

No. 04-14-00829-CV

**WESTERN RIM PROPERTY SERVICES, INC.,**
Appellant

v.

Paula **BAZAN-GARCIA**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2014CV01064
Honorable Walden Shelton, Judge Presiding

# O R D E R

Sitting:    Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Luz Elena D. Chapa, Justice

Appellant's emergency motion for stay is granted. We order all proceedings in Cause No. 2014CV01064, styled *Paula Bazan-Garcia v. Western Rim Property Services, Inc.*, pending in the County Court at Law No. 3 of Bexar County, Texas, stayed until further order of this court.

Entered on this 3rd day of December, 2014.

**PER CURIAM**

Attested to: _____
              Keith E. Hottle
              Clerk of Court